Reuben W. Wright, Respondent, v. Modesto Alessi and Others, Appellants.— Appeal dismissed, without costs, upon stipulation filed.

National Wrapping Paper Company, Appellant, v. William Deininger and Others, Respondents.— Order modified by striking therefrom the provision for a stay and the provision imposing a penalty for failure to serve a bill of particulars, and as so modified affirmed, without costs of this appeal to either party. All concurred.

The Supreme Ruling of the Fraternal Mystic Circle, Respondent, v. Arletta Ann Snyder Elliott and Ella Berthina Synder, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Burton E. Sayles, as Executor and Trustee under the Last Will and Testament of Louisa Sayles, Deceased, Appellant, v. William T. Kelley, Respondent.— Order requiring plaintiff to give security for costs affirmed, without costs of this appeal to either party. Order dismissing the complaint because of failure to give security for costs affirmed, with ten dollars costs and disbursements. In view of the affirmance of the previous orders it is unnecessary to pass upon the appeal from the order directing the plaintiff to pay costs of former action. All concurred.

William A. Bradshaw and Almet N. Broadhead, as Executors, etc., of Robert C. Bradshaw, Deceased, Appellants, v. The Mutual Life Insurance Company of New York, Respondent.— Judgment and order affirmed, with costs. (See 127 App. Div. 817.) All concurred, except McLennan, P. J., and Kruse, J., who dissented.

Esther S. Stanfield, as Administratrix, etc., of Frederick Stanfield, Deceased, Respondent, v. Town of Hamburg, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event. Held, that as matter of law the plaintiff failed to establish freedom from contributory negligence. All concurred, Spring, J., on the further ground that as matter of law the plaintiff failed to show any actionable negligence on the part of the defendant, except McLennan, P. J., who dissented and voted for affirmation on the ground that the questions of negligence and of freedom from contributory negligence are questions of fact for the jury.

J. Benson Moore and the Jefferson County Patrons' Fire Relief Association, Appellants, v. Charles Neidel, Respondent.— Judgment and order affirmed, with costs. All concurred.

Alton M. Blake, Respondent, v. Arthur W. Richardson and Others, Appellants.— Judgment affirmed, with costs. All concurred, except Spring, J., who dissented.

Frank Caulkings and John G. Perkins, Appellants, v. Buffalo Specialty Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Louis C. Mance, Respondent, v. Hattie Hossington, as Executrix, etc., of George A. Hossington, Deceased, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., and Robson, J., who dissented upon the ground that evidence of other litigation was improperly admitted and that the verdict of the jury is contrary to and against the weight of evidence.